JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:08-cv-01728-FMC-FMOx | Date | January 5, 2009 |
|---|---|---|---|
| Title | US Bank National Association v. Chad Komniey et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |   |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**   ORDER REMANDING CASE TO SUPERIOR COURT   (In Chambers)

On September 25, 2008, Plaintiff U.S. Bank National Association ("U.S. Bank") filed an unlawful detainer action in Riverside Superior Court against pro se Defendants Chad Komniey and Nina Desandro ("Defendants").  On November 26,2 008, Defendants filed a Notice of Removal to this Court.

On December 15, 2008, this Court issued a Minute Order:  (1) denying Defendants' ex parte application for TRO, and (2) issuing an Order to Show Cause ("OSC") why this case should not be remanded to state court.  The Order to Show Cause ("OSC") explained that counterclaims or defenses based in federal law do not provide a basis for federal jurisdiction: "any basis for federal jurisdiction must lie in the Complaint."  Dec. 15, 2008 Minute Order at 3.

On December 29, 2008, Defendants timely filed a response to the OSC.  However, Defendants fail to identify any basis for federal court jurisdiction over this unlawful detainer action.  Defendants' response does not demonstrate that this Court has subject matter jurisdiction to hear this case.  Accordingly, removal is improper, this case is hereby REMANDED to Riverside Superior Court.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |